JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERA PRINT INC., <br><br> Plaintiff, <br><br> v. <br><br> STARVNC LLC, et al., <br><br> Defendants. | Case No. 2:22-cv-03912-FLA (AGRx) <br><br> **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** <br> **[DKT. 11]** |

On September 14, 2022, the court ordered Plaintiff to show cause in writing by September 22, 2022 ("OSC"), why the action should not be dismissed for lack of prosecution. Dkt. 11. Plaintiff did not file a response. Accordingly, the court DISMISSES this action without prejudice. The OSC is DISCHARGED.

IT IS SO ORDERED.

Dated: October 3, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

1